# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jeree Massie, et al.,
    Plaintiff(s),

v.

United States of America,
    Defendant(s).

Case No. 1:15cv576
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to notification by counsel that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date __6/8/16__

awh    June 8, 2016

_Karen L. Litkovitz_
KAREN L. LITKOVITZ
United States Magistrate Judge